# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONI BAILEY,** individually and on behalf of all others similarly situated**,**<br><br>      Plaintiff,<br><br>      vs.<br><br>**DATA CHECK OF NEVADA, LLC;** Does 1-100 inclusive**,**<br><br>      Defendant. | Case: 1:16-cv-00510-LJO-SAB<br><br>**ORDER** |

Pursuant to the Request and good cause appearing,

IT IS ORDERED, that the Scheduling Conference, currently scheduled for June 28, 2016 at 3:00 p.m. in Courtroom #9, be continued to October 4, 2016 at 3:00 p.m. before Magistrate Judge Stanley A. Boone. The parties shall submit a joint scheduling report one week before the new conference date.

IT IS SO ORDERED.

Dated:   **June 22, 2016**

UNITED STATES MAGISTRATE JUDGE